UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. |
| : | |
| MICHAELINA J. VAUGHAN, a/k/a : | |
| MICHAELINA CHIVERS : | |
| Defendant : | |

## INFORMATION

THE UNITED STATES OF AMERICA CHARGES:

## COUNT 1

That on or about between April of 2010 and January of 2014, in Lackawanna County, within the Middle District of Pennsylvania,

MICHAELINA J. VAUGHAN, a/k/a MICHAELINA CHIVERS

did knowing embezzle, steal, and purloin money of the Social Security Administration ("SSA"), a department or agency of the United States, namely, Social Security Survivor's Benefits ("SIB") payments made to her deceased mother to which she knew she was not entitled, having a value of approximately $38,090.00

All in violation of Title 18, United States Code, § 641.

_/s/ Peter J. Smith_                               Date: November 20, 2014
PETER J. SMITH  By TKM
UNITED STATES ATTORNEY